437 A.2d 1223

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jeffrey Warren ZIMMERMAN, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 29, 1981.

Decided Dec. 23, 1981.

Robert T. Burke, Warminster, for appellant.

Stephen B. Harris, First Asst. Dist. Atty., Doylestown, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM.

The judgment of sentence is affirmed.